# ALTERNATIVE DISPUTE RESOLUTION PROGRAM

# ARBITRATION AGREEMENT

This Arbitration Agreement ("Agreement") is hereby entered into by and between *Melissa Johnson* ("Me," "I" or "Employee") on the one hand and IEC Corporation and its wholly-owned subsidiaries (together the "Company") on the other hand.

1. <u>Parties</u>: This Agreement is binding on Me and the Company, which for purposes of this agreement shall include all of the Company's parents, subsidiaries, affiliates, divisions, any related entities, and the successors, predecessors, assigns, board members, officers, partners, directors, managers, agents, representatives, or employees thereof.

2. <u>Binding Arbitration</u>: By entering into this Agreement, both Me and the Company are agreeing to FINAL and BINDING arbitration. Any Claim as defined in this Agreement below shall be resolved by arbitration only and no court action may be brought by Me or the Company to resolve any Claim. The determination of the arbitrator shall be final and binding (subject only to the Optional Appeal Procedure set forth in Paragraph 6 below). Judgment upon the award by the arbitrator may be entered into any court of competent jurisdiction.

3. <u>Covered Claims</u>: For purposes of this Agreement, "Claim" shall be defined as any dispute, matter, controversy, demand, action, cause of action, or claim of any kind or nature whatsoever by Employee or the Company relating to, arising out of, in connection with, or involving Employee's employment or termination of employment, whether for damages or for other legal or equitable relief, and whether arising under federal, state, or local law. By way of example only, Claim includes without limitation, any claim under federal, state and local statutory or common law, such as the Age Discrimination in Employment Act, Title VII of the Civil rights Act of 1964, as amended, including the amendments of the Civil Rights Act of 1991, the Americans with Disabilities Act, the Family and Medical Leave Act, the Fair Labor Standards Act, the

law of contract and law of tort, claims for harassment, discrimination, retaliation, and/or the payment of wages and benefits. This Agreement shall not apply to worker's compensation disputes, unemployment insurance, any claim for employee benefits governed by the Employee Retirement Income Security Act of 1974, as amended, or the Consolidated Omnibus Budget Reconciliation Act of 1985.

Nothing in this Agreement is intended to prevent Employee from filing a complaint or charge with any administrative agency regarding employment issues as to which the agency has independent jurisdiction to investigate or administer, including, but not limited to, the Equal Employment Opportunity Commission, state anti-discrimination office, or the National Labor Relations Board. If any such administrative agency completes its processing of any Claim, Employee can only pursue that Claim further through the arbitration process set forth in this Agreement.

4. <u>Federal Arbitration Act Coverage</u>: Arbitration under this Agreement shall be governed by and interpreted according to the Federal Arbitration Act.

5. <u>Waiver of Class and Representative Actions</u>: Under this Agreement, both I and the Company agree any class action, collective action, representative action and/or other procedure for consolidation or joinder of Claims of multiple parties is waived. No arbitrator acting hereunder shall have the power to decide any class, collective, representative, joined or consolidated claims. No Party under this Agreement may attempt to proceed hereunder as a member or representative of any class, putative class, or group purporting to have similar Claims. Only a court of competent jurisdiction may rule upon the enforceability of this Paragraph. Notwithstanding paragraph nine (9) below, should any such court determine in a proceeding involving this Agreement that this paragraph is unenforceable for any reason, such provision shall not be severed from this Agreement. Rather, the Agreement shall instead be declared null and void in such proceeding, but only as to the particular claims of all members of the class, putative class, or group purported to be involved in such class, collective or representative proceeding or consolidated or joint proceeding.

6. <u>Arbitration Procedure</u>: The arbitration shall be conducted by an experienced arbitrator chosen by Me and the Company under the rules of Judicial Arbitration and Mediation Services (JAMS) for employment claims. Either the Company

or I may also take advantage of JAMS' Optional Arbitration Appeal Procedure. Employee will be given computer access to the most up-to-date rules currently in effect, as well as the JAMS' Optional Arbitration Appeal Procedure, at the time this Arbitration Agreement is signed herewith at the website address www.jamsadr.com. Employees can check for updated rules at the same website address. The Parties agree that both the Company and I shall have the right to conduct reasonable discovery as determined by the Arbitrator chosen. The Arbitrator chosen shall have the authority to award any remedy that would have been available had the dispute been litigated in court, under applicable law, and will apply whatever statute of limitations would be applicable to the Claim if it were filed in court. Unless otherwise required by law or the JAMS Rules as determined by the Arbitrator, each Party shall bear its own costs, expenses, and attorneys' fees in such arbitration. The Company, however, will be responsible for paying any filing fee and the fees and costs of the Arbitration with the exception that the Employee shall contribute an amount equal to the filing fee to initiate a claim in a court of general jurisdiction in the state in which the Employee is employed. Further, the Arbitrator shall have the authority to award reasonable attorneys' fees and costs as part of any remedy or award in accordance with applicable law and applying the same standards.

    7.   <u>Confidentiality</u>: The Parties agree that all matters relating to the dispute or the events underlying it shall be confidential and will not be disclosed to anyone other than participants and witnesses in the arbitration, as necessary to conduct discovery, and, in the case of the Company, to persons within the Company whose position in the Company makes it necessary for them to know about the dispute.

    8.   <u>Employment at Will</u>: Nothing in this Agreement alters the at-will employment relationship of the Parties. Either the Company or I may terminate my employment at any time, with or without cause or advance notice.

    9.   <u>Survival and Severability</u>: The provisions of this Agreement shall survive Employee's termination of employment for any reason. If any portion of this Agreement other than Paragraph 5 is declared by a court of competent jurisdiction to be void or unenforceable, such portion shall be deemed as severed from this Agreement, and the balance of this Agreement shall remain in effect.

10. <u>Amendment</u>: This Agreement may not be amended, modified, altered or supplemented other than in a wiring signed by a duly authorized agent of the Company and by the Employee which specifically references this Agreement.

NOTICE TO EMPLOYEE: THIS ARTBITRATION AGREEMENT AFFECTS YOUR LEGAL RIGHTS, YOU MAY WANT TO SEEK LEGAL ADVICE BEFORE SIGNING.

Date: 2-10-15

_____
Employee Signature

_Melissa Johnson_
Name (Printed)

Date: 2/10/15

_T Wilson_
Company Representative Signature

_Tasheea Wilson_
Name (Printed)

_Business Office Manager_
Title