IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MELISSA JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| IEC CORPORATION, d/b/a | ) | |
| *International Education Corporation*, | ) | 1:17-cv-0404-CAP |
| UNITED EDUCATION INSTITUTE, | ) | |
| and LOCKWOOD & HOLMES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The plaintiff has moved to stay this action pursuant to the Federal Arbitration Act's mandatory stay provision, 9 U.S.C. § 3, pending the arbitration of her claims for unpaid-overtime and retaliation under the Fair Labor Standards Act.  The defendants do not oppose entry of a stay.

The Court is satisfied that the plaintiff's claims are referable to arbitration under a valid arbitration agreement, as required by FAA § 3.  The plaintiff's motion is therefore **GRANTED**.  It is hereby

**ORDERED** that this action is **STAYED** pending arbitration of the plaintiff's claims.  It is hereby further

**ORDERED** that the prevailing party in the arbitration or, in the event of a settlement, the plaintiff advise this Court in writing no later than 14

days after the conclusion of the arbitration or execution of a settlement agreement whether any further proceedings in this action will be required or whether the case should be dismissed.

The Clerk is **DIRECTED** to close this case. Upon either party's motion, the case may be reopened.

**SO ORDERED** this  15th  day of  MARCH , 2017.

/s/CHARLES A. PANNELL, JR.

CHARLES A. PANNELL, JR.
United States District Judge